# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASMINE MARIA VELASQUEZ,** | 2:18-cv-01995-WBS-KJN (HC) |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **JANEL ESPINOZA, Warden,** | |
| Respondent. | |

Respondent seeks an additional sixty days in which to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 8) is granted; and

2. Respondent's response to the petition for writ of habeas corpus shall be filed on or before December 5, 2018.

Dated: October 11, 2018

/vela1995.eot

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE